UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESTER WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-1307-G (BH) |
| CHASE HOME FINANCE, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Plaintiff has timely filed an amended complaint as allowed by the recommendation. Accordingly, defendants Chase Home Finance, LLC and Deutsche Bank National Trust's FED. R. CIV. P. 12(b)(6) motion to dismiss for failure to state a

claim upon which relief can be granted, filed April 5, 2013 (docket entry 5), is **GRANTED** as to her claims under the TDCPA, and these claims are **DISMISSED** with prejudice, and the motion is **DENIED** as moot as to her remaining claims. This action will now proceed on the amended complaint.

    **SO ORDERED**.

January 6, 2014.

                                            */s/ A. Joe Fish*
                                            A. JOE FISH
                                            **Senior United States District Judge**