UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESTER WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-1307-G (BH) |
| CHASE HOME FINANCE, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendants' FED. R. CIV. P. 12(b)(6) motion to dismiss plaintiff's second amended complaint for failure to state a claim upon which relief can be granted, filed

December 19, 2013 (docket entry 11), is **GRANTED**.  By separate judgment, the plaintiff's claims against the defendants will be **DISMISSED** with prejudice.

  **SO ORDERED**.

September 22, 2014.

                _____
                **A. JOE FISH**
                **Senior United States District Judge**